M. C. Chalfant, appellee, v. T. B. Bennett & Company, appellant. Gen. No. 7,141.

Assumpsit for salesman's commissions and compensation under written contract, plaintiff having been appointed subagent in State

of Ohio. Judgment for plaintiff. Appeal from the Circuit Court of Livingston county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 24, 1923.

Adsit & Thompson and Jesse J. Herr, for appellant. Olds & Thomas and F. A. Ortman, for appellee.

Mr. Justice Partlow delivered the opinion of the court.